34    EDNA SCHWARTZ, Appellant, v RVC FOOD MANAGEMENT Co., Doing Business as McDONALDS, Respondent. [648 NYS2d 945] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Lonschein, J.), dated January 31, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lonschein at the Supreme Court. Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.